```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 10-23255-CIV-LENARD
                    MAGISTRATE JUDGE P.A. WHITE
```

ANGEL RODRIGUEZ,                :

    Petitioner,            :

v.                              :    <u>REPORT RECOMMENDING TRANSFER</u>
<u>OF VENUE</u>
<u>28 U.S.C. §2254</u>

WALTER MCNEIL,                  :

    Respondent.            :
_____

    This Cause is before the Court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The petition attacks a conviction entered in the Circuit Court of the 18th Judicial Circuit of Florida, at Brevard County.

    A federal habeas corpus petition such as this may be filed in the District in which the State Court which convicted the petitioner is located or in the District where he is confined. 28 U.S.C. §2241(d).

    The Middle District, where the petitioner was convicted and where the records pertaining to this conviction are located, is the appropriate venue for this petition, and it is recommended that this case be transferred to that District.

    Objections to this Report may be filed within fourteen days following receipt.

Dated this 20th day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Angel Rodriguez, Pro Se
    E15524
    Dade CI
    Address of record