UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23255-CIV-LENARD/WHITE

**ANGEL RODRIGUEZ**,

        Petitioner,

v.

**WALTER McNEIL**,

        Respondent.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 5) AND TRANSFERRING CASE

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 5), issued on September 20, 2010. In his Report, Magistrate Judge White recommends that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be transferred to the District Court for the Middle District of Florida. Over fourteen days have passed since the issuance of the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, the Court finds that Petitioner's petition for habeas corpus is indeed an attack on his conviction entered in the Circuit Court of the 18th Judicial Circuit of Florida, at Brevard County, and this action properly belongs in the Middle District of Florida. It is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 5), issued on September 20, 2010, is **ADOPTED**;

2. Petitioner Angel Rodriguez's Petition for Habeas Corpus is hereby **TRANSFERRED** to the **MIDDLE DISTRICT OF FLORIDA** along with all orders, motions, affidavits, pleadings, and exhibits (if any) filed herein for further proceedings under 28 U.S.C. § 2254.

3. This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of October, 2010.

*Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**